UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| TERRANCE WALKER,<br><br>    Plaintiff,<br><br>v.<br><br>INTELLI-HEART SERVICES INC.,<br><br>    Defendant. | Case No. 3:18-cv-00132-MMD-VPC<br><br>ORDER<br><br>(Motion to Dismiss (ECF No. 3)) |

Terrance Walker, proceeding pro se, filed this qui tam action under the False Claims Act ("FCA"), 31 U.S.C. §§ 3729-33, on behalf of the United States of America against Intelli-Heart Services, Inc. ("Defendant") for alleged fraud. (ECF No. 1.) Relator the United States moves for dismissal, arguing that pro se litigants cannot represent the United States in FAC actions such as this one. (ECF No. 3.) In response, Plaintiff filed a First Amended Complaint ("FAC") where he asserted a direct claim against Defendant. (ECF No. 4.) Plaintiff also moved for voluntary dismissal of his FCA claims (Counts I-III), which he concedes should be dismissed. (ECF No. 6.) Plaintiff further moved to unseal this action to permit him to proceed on his FAC against Defendant. (ECF No. 13.) In response, the United States insists that the action should be dismissed or, at a minimum, the Court should grant dismissal of the FAC claims and remove the United States from the caption of the complaint. (ECF No. 16.) The pending motions could have been avoided had Plaintiff not filed this action under the FCA.

It is therefore ordered that the United States' motion to dismiss (ECF No. 3) is granted. The claims in the initial complaint are dismissed. The United States will be removed from the case caption.

It is further ordered that Plaintiff's motion for voluntary dismissal (ECF No. 6) is denied as moot.

It is further ordered that Plaintiff's motion to unseal (ECF No. 13) is granted.

The Clerk is directed to unseal this case. This action will proceed on Plaintiff's First Amended Complaint against Defendant Intelli-Heart Services, Inc., who will be added to the case caption.

DATED THIS 24th day of August 2018.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE