WILLIAM J. GEDDES
Nevada Bar No. 6984
THE GEDDES LAW FIRM, P.C.
8600 Technology Way, Suite 107
Reno, Nevada 89521
Phone: (775) 853-9455
Fax: (775) 299-5337
Email: Will@TheGeddesLawFirm.com
*Attorneys for Defendant Intelli-Heart Services, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TERRANCE WALKER, an individual,<br><br>                Plaintiff,<br><br>vs.<br><br>INTELLI-HEART SERVICES, INC.,<br><br>                Defendant. | CASE NO:  3:18-cv-00132-MMD-CBC<br><br>**ERRATA NOTICE<br>TO:**<br><br>**DEFENDANT'S<br>CASE MANAGEMENT REPORT**<br>for the<br>**JANUARY 14, 2018<br>MONTHLY CASE MANAGEMENT<br>CONFERENCE** |

PLEASE TAKE NOTICE THAT: In ECF 059, Defendant erroneously reported, "No new discovery was received by Defendant from Plaintiff during the last month."  (ECF-059, p. 1, l. 18.) This *Errata Notice* corrects this unintentional error, which was first discovered after its publication, by stating as follows:  On December 30, 2018, Plaintiff served on Defendant *Plaintiff's Interrogatories, Set No. 1, Nos. 1-24*, the responses to which are due on Friday, February 1, 2019.  Defendant apologizes for any confusion or inconvenience caused by this error.

Dated this 7th day of January 2019.

.

THE GEDDES LAW FIRM, P.C

WILLIAM J. GEDDES
The Geddes Law Firm, P.C.
8600 Technology Way, Suite 107
Reno, Nevada 89521

*Attorneys for Defendant Intelli-Heart Services, Inc.*

The Geddes Law Firm, P.C.
8600 Technology Way, Suite 107
Reno, NV 89521
Phone 775-853-9455

1

**CERTIFICATE OF SERVICE**

I hereby certify that I am an employee of the Geddes Law Firm, P.C., and that on **January 7, 2019**, I caused to be served a copy of the foregoing *Errata Notice to Defendant's Case Management Report for the January 14, 2019 Monthly Case Management Conference,* by electronic filing in the Court's PACER system, addressed to the following:

Terrance Walker
212 Hillcrest Drive, No. 1
Reno, NV 89509

*Plaintiff In Pro Per*


THE GEDDES LAW FIRM, P.C.

_____
WILLIAM J. GEDDES
8600 Technology Way, Suite 107
Reno, Nevada 89521
Phone: (775) 853-9455
Fax: (775) 299-5337
Email: Will@TheGeddesLawFirm.com

*Attorneys for Defendant Intelli-Heart Services, Inc.*