## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| TERRANCE WALKER, | ) | 3:18-CV-0132-MMD-CBC |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | April 24, 2019 |
| | ) | |
| INTELLI-HEART SERVICES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**PRESENT:** <u>THE HONORABLE CARLA BALDWIN CARRY</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK: <u>LISA MANN</u>   REPORTER: <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S): <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S): <u>NONE APPEARING</u>

**MINUTE ORDER IN CHAMBERS:**

Before the court is plaintiff's motion to extend scheduling order (ECF No. 156). Plaintiff's motion is based on the fact that none of the newly named defendants have entered an appearance in this action. Therefore,

**IT IS ORDERED** that discovery is **STAYED** until the newly named defendants have entered an appearance in this case. The court will set a case management conference following the appearance of the newly named defendants. No new discovery requests or subpoenas shall be served or answered during the period of the stay and all pending discovery motions (ECF Nos. 113, 142, 150, & 152) are **DENIED without prejudice** at this time. No discovery motions shall be filed during the stay period.

**IT IS SO ORDERED.**

DEBRA K. KEMPI, CLERK

By: <u>        /s/        </u>
Deputy Clerk