**Terrance Walker,** *in propria persona*
212 Hillcrest Drive # 1
Reno, NV  89509
Tel: +1.775.971.8679
Email: walkerbillion@gmail.com

### IN THE UNITED STATES DISTRICT COURT FOR NEVADA

| | |
|---|---|
| Terrance Walker | :   **CIVIL CASE NO.** 3:18-CV-0132-MMD(CBC) |
| Plaintiff, | : |
| vs. | :  ERRATA TO EFC 163 |
| Intelli-heart Services Inc., et. Al. | : |
| Defendants. | : |

COMES NOW Plaintiff Terrance Walker filing an errata to EFC 163, pg 3, ll. 14-21 that states,

"To resolve the Germain's claims of privilege, free speech, and other claims in regards to the communications it claims that it did not make concerning Walker NOT being subcontractor, Walker needs discovery from the parties.  Walker needs depositions (mainly from Daniel Germain), request for admissions, and interrogatories.  Also, Walker's discovery issues need to be resolved (EFC 113, 150, 152, 162)  which would shed light on whether or not Germain was, indeed, under privilege or if he (as Walker alleges) was not privileged because he (as a favor to a fried/pal Danny Weisburg) lied to the VA about Walker's subcontracting status in furtherance of a tort (See e.g. EFC 150). As such, an extension of, at least, the time in which should be granted. LR IA 6-1(a)."

However, EFC 163, pg 3, ll. 14-21, should state,

"To resolve Germain's claims of privileged (**private**) communication and free

Speech (of **public** concern)   -- contradictory on their face ---  , Walker needs discovery from the

parties.  Walker needs depositions (mainly from Daniel Germain), request for admissions, and

interrogatories.  Walker's discovery issues on these communications need to be resolved (EFC

113, 150, 152, 162).  Discovery would shed light on whether or not Germain was, indeed, under

privilege or if he (as Walker alleges) was not privileged because he (as a favor to a fried/pal

Danny Weisburg) lied to the VA about Walker's subcontracting status in furtherance of a tort[1]

(See SAC para 121;. **EFC 152**, pg 15-18[2]). An extension of  past the time of when discovery

issues are resolved, should be granted to Walker to respond. LR IA 6-1(a). F.Civ.R.P 6.

---

[1] United States v. Zolin, 491 U.S. 554, 563, 109 S.Ct. 2619, 2626, 105 L.Ed.2d 469 (1989) ("It is the purpose of the crime-fraud exception to the attorney-client privilege to assure that the seal of secrecy between lawyer and client **does not extend to communications made for the purpose of getting advice for the commission of a fraud or crime**.";  In re Grand Jury Proceedings, 604 F.2d at 802 "client used the lawyer's services to further a continuing or future crime or **tort**." Id.

[2] Germain is listed in more than the 1 communication he claims to be (See EFC 152, pg 18)

1

1    Even Nevada law supports such a result.   NRS  41.660 , states:

2    4.    Upon a showing by a party that information necessary to meet or oppose the burden pursuant
     to paragraph (b) of subsection 3 is in the possession of another party or a third party and is not
3    reasonably available without discovery, the court shall allow limited discovery for the purpose of
     ascertaining such information."
4

5           Respectfully submitted,

6    By /s/  Terrance Walker                                    Dated:  May 3, 2019
     Terrance Walker
7

8                               **CERTIFICATE OF SERVICE**
     The undersigned certifies that the undersigned is over the age of 18 and that on May 3, 2019, that he
     personally served via the Court's electronic filing system all parties to this case one copy of this filing to the
9    parties at the email address listed below.

10   /s/  TERRANCE WALKER

11   signed, /s/Terrance Walker
     Copy to: Kristen and Will Geddes, Esq.
12   THE GEDDES LAW FIRM, P.C.
     8600 Technology Way, Suite 107
13   Reno, Nevada 89521
     Phone: (775) 853-9455
     Fax: (775) 853-6899
14   E-Mail: Will@TheGeddesLawFirm.com
     E-Mail: kristen@thegeddeslawfirm.com
15
     Hall Jaffe Clayton LLP
16   Steven T. Jaffe
     745 Peak Drive
17   Las Vegas NV 89128
     Email: sjaffe@lawhjc.com,
18   cwagner@lawhjc.com, lholding@lawhjc.com, mschwarz@lawhjc.com, msylva@lawhjc.com

19

20

21

22

23

24

25

26

27

28