**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| TERRANCE WALKER, | ) | 3:18-CV-0132-MMD-CBC |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | June 7, 2019 |
| INTELLI-HEART SERVICES, INC., | ) | |
| Defendant. | ) | |

PRESENT:  <u>THE HONORABLE CARLA BALDWIN CARRY</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:         <u>LISA MANN</u>         REPORTER: <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S): <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S): <u>NONE APPEARING</u>

**MINUTE ORDER IN CHAMBERS:**

Before the court is plaintiff's motion to compel defendants to meet and confer on joint discovery plan (ECF No. 189).  Defendants opposed the motion (ECF Nos. 191 & 192), and plaintiff replied (ECF No. 193).

Plaintiff's motion to compel defendants to meet and confer on joint discovery plan (ECF No. 189) is **DENIED.**  Discovery is **STAYED** until the pending motions to dismiss have been decided by the court.  The District Court has previously ordered that discovery is unnecessary to support plaintiff's response to the pending motions to dismiss (ECF No. 188).  Therefore, no new discovery requests or subpoenas shall be served or answered during the period of the stay, and no discovery motions shall be filed.  Following the court's rulings on the pending motions to dismiss, the court will reschedule a case management conference.

**IT IS SO ORDERED.**

DEBRA K. KEMPI, CLERK

By:             /s/
Deputy Clerk