# EXHIBIT "1"

Hall Jaffe & Clayton, LLP
7425 Peak Drive
Las Vegas, NV 89128



March 9, 2020

In Reference To:   **DAN GERMAIN adv. TERRANCE WALKER**

                  **691.4495**

|  |  |
|---|---|
| Re: | ***Dan Germain adv. Terrance Walker*** |
| Insured: | Dan Germain |
| Claimant: | Terrance Walker |
| Claim No.: | GC013216 |
| Case #: | 3:18-cv-00132-MMD-CBC |
| DOL: |  |

ELECTRONIC BILLING - ALLEGIANT

Professional Services

| Date | Atty | Description | Rate | Tax# | Amount |
|---|---|---|---|---|---|
| 4/23/2019 | STJ | Review lengthy and complex complaint filed by pro pro plaintiff prior to discussion with client | 180.00/hr |  | 54.00 |
| - | STJ | Telephone conference with client ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | 180.00/hr |  | 126.00 |
| 4/24/2019 | TRA | Review documents from client and carrier [200 pages] and begin analyzing potential motions to dismiss and anti-SLAPP motion | 160.00/hr |  | 240.00 |
| 4/25/2019 | TRA | Begin drafting motion to dismiss and Anti-SLAPP motion regarding plaintiffs' second amended complaint. | 160.00/hr |  | 752.00 |
| - | TRA | Telephone call with client Daniel Germain regarding motion to dismiss and anti-slapp motion. | 160.00/hr |  | 64.00 |

Houston International Group                                                                                                                Page     2

|            |     |     |                                                                                                                                       | Rate       | Tax# | Amount |
|------------|-----|-----|---------------------------------------------------------------------------------------------------------------------------------------|------------|------|--------|
| 4/26/2019  | -   | TRA | Continue drafting motion to dismiss and anti-SLAPP motion. Draft declaration for client's signature for anti-SLAPP motion.            | 160.00/hr  |      | 384.00 |
|            | -   | TRA | Telephone call with attorney William Geddes counsel for co-defendant ▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊.                                                  | 160.00/hr  |      | 96.00  |
|            | -   | TRA | Email communication with attorney William Geddes counsel for co-defendant ▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊.                                             | 160.00/hr  |      | 32.00  |
|            | -   | TRA | Telephone call with client Dan Germain regarding motion ▊▊▊▊▊▊▊▊▊▊▊▊▊                                                                  | 160.00/hr  |      | 48.00  |
|            | -   | STJ | Telephone conference with client re: ▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊                                                        | 180.00/hr  |      | 54.00  |
|            | -   | STJ | Draft supplemental facts and argument to motion to dismiss, with some brief and argument restructure                                  | 180.00/hr  |      | 504.00 |
| 4/29/2019  | -   | TRA | Revise and update motion to dismiss based on comments from client                                                                     | 160.00/hr  |      | 384.00 |
|            | -   | TRA | Review plaintiff's motion for partial summary judgment for applicability to client and planned motions [66 page].                     | 160.00/hr  |      | 112.00 |
|            | -   | TRA | Review potential implications of lack of personal jurisdiction argument and change of venue to advise client on final revisions to motion. | 160.00/hr  |      | 80.00  |
| 5/1/2019   | -   | TRA | Telephone call with client Daniel Germain regarding motion to dismiss ▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊                               | 160.00/hr  |      | 48.00  |
| 5/2/2019   | -   | TRA | Revise motion to dismiss to remove jurisdictional arguments and venue transfer and prepare for filing [2 pages].                      | 160.00/hr  |      | 112.00 |
|            | -   | TRA | Telephone conference with client re motion to be filed today                                                                          | 160.00/hr  |      | 32.00  |
|            | -   | TRA | Email communication with client Dan Germain regarding draft motion and copy for his review. .                                         | 160.00/hr  |      | 48.00  |
| 5/3/2019   | -   | TRA | Multiple eEmail communications [3] with client regarding Plaintiff's email regarding motion.                                          | 160.00/hr  |      | 48.00  |
|            | -   | TRA | Review email from plaintiff regarding objections to motion to dismiss. Review documents [25 pages] referenced in plaintiff's email and propose response. | 160.00/hr  |      | 64.00  |
|            | -   | TRA | Draft supplement to motion to dismiss on authority questioned by plaintiff [2 pages].                                                 | 160.00/hr  |      | 112.00 |

Houston International Group                                                                                      Page     3

|            |     |                                                                                                                                                                                                                                                                                           | Rate       | Tax# | Amount |
|------------|-----|-----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------------|------|--------|
| 5/6/2019 - | TRA | Review plaintiff's motion for extension of time to respond to motion to dismiss and additional discovery. Review court order on the same [5 pages]. Review plaintiff's motion to strike Anti-SLAPP motion [10 pages]. Review case law cited by plaintiff and begin analyzing response.                    | 160.00/hr  |      | 160.00 |
| -          | TRA | Email communication with client Dan Germain regarding motion to strike filed by Plaintiff and motion to stay response to motion to dismiss.                                                                                                                                                               | 160.00/hr  |      | 48.00  |
| 5/7/2019 - | TRA | Receipt and review plaintiff's objection to finding that Daniel Germain is not relying upon evidence in his motion to dismiss and that walker doesn't need discovery. [6 pages]. Review case law cited by plaintiff.                                                                                      | 160.00/hr  |      | 64.00  |
| -          | TRA | Receipt and review plaintiff's motion to strike Daniel Germain's declaration [3 pages]. Review case law cited by plaintiff.                                                                                                                                                                               | 160.00/hr  |      | 48.00  |
| -          | TRA | Begin drafting omnibus response to Plaintiff's various motions to strike [5 pages].                                                                                                                                                                                                                       | 160.00/hr  |      | 560.00 |
| 5/9/2019 - | TRA | Receipt and review Co-Defendants' Motions to Dismiss and related exhibits [50 pages].                                                                                                                                                                                                                     | 160.00/hr  |      | 80.00  |
| -          | TRA | Telephone conference with client Dan Germain regarding joinder to Intelli-Heart's motion to dismiss.                                                                                                                                                                                                      | 160.00/hr  |      | 48.00  |
| -          | TRA | Receipt and review Plaintiff's motion to extend time to respond to EFC 169 [4 pages].                                                                                                                                                                                                                     | 160.00/hr  |      | 32.00  |
| -          | TRA | Telephone call with Kristen Geddes, co-defendant's counsel, regarding motions to dismiss and case status.                                                                                                                                                                                                 | 160.00/hr  |      | 32.00  |
| -          | TRA | Receipt and review Plaintiff's Motion for partial summary judgment on count v [66 pages].                                                                                                                                                                                                                 | 160.00/hr  |      | 48.00  |
| -          | TRA | Receipt and review Plaintiff's motion to strike Anti-SLAPP motion [10 pages]. Analyze response.                                                                                                                                                                                                           | 160.00/hr  |      | 112.00 |
| 5/10/2019 -| TRA | Draft response to Plaintiffs' partial motion for summary judgment [3 pages].                                                                                                                                                                                                                              | 160.00/hr  |      | 112.00 |
| 5/13/2019 -| TRA | Receipt and review Plaintiff's motion to reopen discovery [5 pages]. Receipt and review plaintiff's Motion to Allow Excess Pages to Respond to Anti-SLAPP motions [4 pages]. Receipt and review plaintiff's Motion to Withdraw of ECF 167 (Objection to Findings) [1 page]. Receipt and review Plaintiff's Errata to EFC 174 and `175 [1 page]. | 160.00/hr  |      | 64.00  |
| -          | TRA | Telephone call with co-defendant counsel Kristen Geddes re Plaintiff's motion for summary judgment.                                                                                                                                                                                                       | 160.00/hr  |      | 32.00  |

Houston International Group                                                                                                         Page      4

|            |     |                                                                                                                                                                                                                                                 | Rate        | Tax# | Amount |
|------------|-----|-------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------------|------|--------|
| 5/13/2019 -| STJ | Review emails from plaintiff ranting about nonsense                                                                                                                                                                                              | 180.00/hr   |      | 18.00  |
| -          | STJ | Draft emails responding to plaintiff's rants                                                                                                                                                                                                     | 180.00/hr   |      | 18.00  |
| 5/14/2019 -| TRA | Receipt and review Co-Defendant's motion to stay briefing scheduling for summary judgment [8 pages]. Receipt and review Plaintiff's response to our motion for leave for additional time to respond to motion for summary judgment [6 pages]. Receipt and review Plaintiff's response to co-defendant's motion to stay briefing schedule [6 pages]. | 160.00/hr   |      | 64.00  |
| -          | TRA | Continue drafting response to Plaintiff's Motion to Strike Anti-SLAPP motion. Continue drafting legal argument section and further walking the court through plaintiff's myriad and confusing allegations [3 pages].                             | 160.00/hr   |      | 336.00 |
| -          | TRA | Begin preparing and drafting response to Plaintiff's Motion to Strike Daniel German's Declaration (EFC 160) Evidence on His Motion to Dismiss (EFC 159) [draft 3 pages].                                                                          | 160.00/hr   |      | 368.00 |
| -          | STJ | Review another email from plaintiff threatening sanctions                                                                                                                                                                                        | 180.00/hr   |      | 18.00  |
| -          | STJ | Draft email to plaintiff re: his incorrect representations                                                                                                                                                                                       | 180.00/hr   |      | 18.00  |
| 5/15/2019 -| TRA | Receipt and review court's order regarding various motions and deadlines. [2 pages]. Update deadlines in litigation plan and analyze outstanding issues.                                                                                          | 160.00/hr   |      | 48.00  |
| -          | TRA | Email communication with client Dan Germin regarding court order and motions for summary judgment.                                                                                                                                               | 160.00/hr   |      | 32.00  |
| 5/16/2019 -| TRA | Begin drafting substantive response to plaintiff's motion for partial summary judgment, including sections on legal standard, facts and legal analysis [4 pages].                                                                                 | 160.00/hr   |      | 512.00 |
| 5/17/2019 -| TRA | Receipt and review court order regarding Plaintiff's motion for discovery [1 page].                                                                                                                                                              | 160.00/hr   |      | 16.00  |
| 5/22/2019 -| TRA | Receipt and review extensive email communication between plaintiff and co-defense counsel regarding discovery plan and other related issues.                                                                                                     | 160.00/hr   |      | 32.00  |
| 5/23/2019 -| TRA | Receipt and review plaintiff's motion to compel defendant's to meet and confer on joint discovery plan [2pgs].                                                                                                                                   | 160.00/hr   |      | 32.00  |
| 5/24/2019 -| TRA | Continue drafting response to plaintiff's motion for partial summary judgment, including fact section, preparing exhibits for summary judgment response, and revising and                                                                        | 160.00/hr   |      | 816.00 |

Houston International Group                                                    Page    5

| Date | | Description | Rate | Tax# | Amount |
|---|---|---|---|---|---|
| | | extending sections on absolute immunity, attorney-agency immunity, and lack of prima facie evidence [6 pgs]. | | | |
| 5/28/2019 - | TRA | Continue drafting response to plaintiff's motion for partial summary judgment, updating section on underlying claims and lack of prima facie case and standard for summary judgment when moved by plaintiff [revise and draft 4 pgs] given plaintiff's unique position as a pro se party and moving for summary judgment on his own claims, additional briefing was required. | 160.00/hr | | 320.00 |
| 5/31/2019 - | TRA | Receipt and review district judge's order overruling various objections raised by Plaintiff to the magistrate judge's orders [5 pgs]. | 160.00/hr | | 32.00 |
| 6/4/2019 - | TRA | Draft response to Plaintiff's Motion to Compel Meet and Confer [3 pgs]. | 160.00/hr | | 384.00 |
| - | TRA | Continue drafting response to plaintiff's motion for partial summary judgment, including sections on facts and drafting declaration in support [3 pgs]. | 160.00/hr | | 352.00 |
| 6/5/2019 - | TRA | Receipt and review co-defendants' opposition to plaintiff's motion to compel discovery conference [5 pgs]. | 160.00/hr | | 32.00 |
| 6/6/2019 - | TRA | Receipt and review plaintiff's reply in support of motion to compel discovery conference [4 pgs]. | 160.00/hr | | 32.00 |
| 6/7/2019 - | TRA | Receipt and review order denying plaintiff's motion to compel discovery conference [1 pg]. | 160.00/hr | | 16.00 |
| - | TRA | Receipt and review plaintiff's motion for clarification/reconsideration on Rule 26(f) conference [3 pgs]. | 160.00/hr | | 32.00 |
| 6/10/2019 - | TRA | Continue drafting response to plaintiff's motion for partial summary judgment, including refinement of facts section and additional legal argument on underlying claims. Prepare exhibits for response. [2 pgs]. | 160.00/hr | | 240.00 |
| 6/11/2019 - | TRA | Multiple email communication [3] with client regarding draft response to plaintiff's motion for partial summary judgment. | 160.00/hr | | 32.00 |
| 6/14/2019 - | TRA | Receipt and review plaintiff's response to motions to dismiss and analyze potential issues for reply [44 pgs]. | 160.00/hr | | 112.00 |
| - | TRA | Begin drafting reply in support of motion to dismiss [3 pgs]. | 160.00/hr | | 336.00 |
| - | TRA | Email communication with client regarding plaintiff's response to motion to dismiss. | 160.00/hr | | 32.00 |

Houston International Group                                                                                       Page      6

|  |  |  | Rate | Tax# | Amount |
|---|---|---|---|---|---|
| 6/14/2019 - | TRA | Telephone call with client regarding response to motion for summary judgment. | 160.00/hr | | 32.00 |
| 6/17/2019 - | TRA | Continue drafting reply in support of motion to dismiss, including summarizing pro se plaintiff's various unusual and unsupported legal arguments and analyzing why they are deficient [draft 6 pgs]. | 160.00/hr | | 800.00 |
| 6/18/2019 - | TRA | Continue drafting reply in support of motions to dismiss, revising and extending arguments regarding additional points raised by plaintiff in his response [4 pgs]. | 160.00/hr | | 576.00 |
| 6/20/2019 - | TRA | Finish drafting reply in support of motion to dismiss [1 pgs]. | 160.00/hr | | 112.00 |
| - | TRA | Email communication with client regarding draft reply in support of motion to dismiss. | 160.00/hr | | 32.00 |
| 6/21/2019 - | TRA | Revise reply in support of motion to dismiss based on comments from client. | 160.00/hr | | 48.00 |
| - | TRA | Receipt and review defendant intelli-heart services's reply in support of motion to dismiss [11 pgs]. | 160.00/hr | | 48.00 |
| 6/24/2019 - | TRA | Email communication with client Daniel Germain regarding reply in support of motion to dismiss. | 160.00/hr | | 32.00 |
| 6/25/2019 - | TRA | Receipt, review and analyze plaintiff's reply in support of motion for summary judgment and errata [25 pgs]. | 160.00/hr | | 80.00 |
| 8/21/2019 - | STJ | Review email from G. Kern, of claims, re: status request | 180.00/hr | | 18.00 |
| - | STJ | Draft email to G. Kern re: case status, pending dispositive motion, and timing for a ruling | 180.00/hr | | 36.00 |
| 9/23/2019 - | TRA | Review court docket for recent filings. | 160.00/hr | | 16.00 |
| 3/4/2020 - | TRA | Review court order granting motions to dismiss and judgment [15 pgs]. | 160.00/hr | | 48.00 |
| - | TRA | Begin preparing motion for attorney fees and costs [2 pgs]. | 160.00/hr | | 112.00 |
| - | STJ | Review court decision on our motion to dismiss prior to calling claims rep, 12 pages | 180.00/hr | | 72.00 |
| - | STJ | Telephone conference with claims ███████████ | 180.00/hr | | 36.00 |

| Houston International Group | | | | | Page | 7 |
|---|---|---|---|---|---|---|
| | | | Rate | Tax# | Amount | |
| 3/4/2020 - | STJ | Draft email to claims re: dismissal of claims, and likely appeal | 180.00/hr | | 18.00 | |
| 3/5/2020 - | TRA | Continue preparing motion for attorney fee's and costs [4 pgs]. | 160.00/hr | | 432.00 | |
| - | TRA | Review and analyze Plaintiff's Motion for reconsideration and reversal of judgment due to fraud and error [11 pgs]. | 160.00/hr | | 48.00 | |
| 3/9/2020 - | TRA | Continue preparing motion for attorney fees and costs [2 pgs]. | 160.00/hr | | 112.00 | |
| | | For professional services rendered | 73.20 | | $11,822.00 | |
| | | Additional Charges : | | | | |
| | | | Qty/Price | | | |
| 7/26/2019 - | STJ | Court Fees- Filing Fee Dated 04/25/19-06/27/19. | 1<br>68.60 | | 68.60 | |
| 10/15/2019 - | STJ | Court Fees- Filing Fee Dated 07/09/19-09/30/19 | 1<br>1.90 | | 1.90 | |
| | | Total costs | | | $70.50 | |