UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

TERRANCE WALKER,

                    Plaintiff,

    v.

INTELLI-HEART SERVICES, INC., *et al.*,

                  Defendants.

Case No. 3:18-cv-00132-MMD-CLB

ORDER

*Pro Se* Plaintiff Terrance Walker primarily alleged that Defendants Intelli-heart Services, Inc. ("IHS"), Danny Weisburg, Vanessa Parsons, and Daniel Germain tortiously interfered with his contract with non-party James Winters. (ECF No. 136.) The Court dismissed Plaintiff's case with prejudice under Nevada's anti-SLAPP statute, NRS §§ 41.635-41.670. (ECF Nos. 206 ("Dismissal Order"), 207 (judgment).) In pertinent part, the Court later granted Defendant Germain's motion for attorneys' fees, but directed him to submit a revised declaration because it was not clear all of the billing entries for which he sought reimbursement were related to his anti-SLAPP motion. (ECF No. 221 at 4-6.) That timely-filed, revised declaration is now before the Court.[1] (ECF No. 225.)

Having reviewed Defendant Germain's revised declaration and its associated billing entries (ECF No. 225-1), the Court finds he only seeks reimbursement for fees and costs accrued in connection with his Anti-SLAPP motion. The Court therefore grants Defendant Germain's request for $11,042.00 in fees and $70.50 in costs.

It is therefore ordered that Defendant Germain is entitled to $11,042.00 in attorney's fees, and $70.50 in costs.

///

///

[1]The Court also reviewed Plaintiff's unauthorized response. (ECF No. 226.)

1    The Clerk of Court is directed to enter judgment in favor of Defendants for fees

2    and costs as granted in this order and the order entered on April 7, 2020 (ECF No. 221).

3    DATED THIS 15th day of April 2020.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE