Terrance Walker, **Plaintiff**
518 Duong 3/2 Dist 10
Ho Chi Minh City Vietnam
Tel: (775) 971-8679

## IN THE UNITED STATES DISTRICT COURT IN AND FOR NEVADA

Terrance Walker

      Plaintiff,

    v.

Intelli-heart Services Inc. et. al

      Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.:  3:18-CV-0132-MMD(CBC)

**NOTICE OF APPEAL**

Notice is hereby given that **Terrance Walker**, Plaintiff, appeals to the **United States Court of Appeals for the Ninth Circuit** from the following orders:

1. **The Minute Order (ECF 270)** entered on April 13, 2026, summarily denying Plaintiff's Rule 60(b)(4) and Rule 60(b)(6) Motion (ECF 269)

2. **The Order (ECF 272)** entered on April 14, 2027, denying Plaintiff's Rule 59(e) Motion to Alter or Amend the Order (ECF 271) and entering an order striking (ECF 269, 271) and all future filings.

**Basis for Appeal & Statement of Issues, among others:**

- **Failure to Follow Higher Authority:** The District Court committed a clear error of law by failing to apply the mandates of *Berk v. Choy*, 607 U.S. \_\_\_ (2026) and *Ratha v. Rubicon Resources, LLC*, 168 F.4th 541 (9th Cir. 2026) (en banc), violating the rule of *Miller v. Gammie*, 335 F.3d 889 (9th Cir. 2003).

- **Prescient Litigant Status:** The Court abused its discretion by ignoring Plaintiff's documented status as a "prescient litigant" who identified the Rules Enabling Act conflict in his **2021 Cert Petition (No. 21-832)**.

- **Unauthorized Pre-Filing Restriction:** The District Court's summary rejection of the 2026 motions as "yet another attempt" constitutes an improper and informal pre-filing restriction that failed to provide the due process, specific findings of frivolousness, vexatiousness, or narrow tailoring required by e.g. *Molski v. Evergreen Dynasty Corp.*, **500 F.3d 1047, 1052 (9th Cir. 2007)**.

/s/ Terrance Walker **Terrance Walker**