UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

AUG 25 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| TERRANCE WALKER, ex rel. United States,<br><br>Plaintiff - Appellant,<br><br>v.<br><br>INTELLI-HEART SERVICES, INC.; et al.,<br><br>Defendants - Appellees. | No. 26-2424<br><br>D.C. No.<br>3:18-cv-00132-MMD-CLB<br>District of Nevada,<br>Reno<br><br>ORDER |

Before: S.R. THOMAS, BERZON, and FORREST, Circuit Judges.

The motion (Docket Entry No. 11) for summary disposition is granted. *See* 9th Cir. R. 3-6(a) (standard for summary disposition); *United States v. Hooton*, 693 F.2d 857, 858 (9th Cir. 1982).

The district court's April 13, 2026 and April 14, 2026 orders are affirmed.

All other pending motions are denied as moot.

This court will not entertain further filings in this closed case.

**AFFIRMED.**