UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

SEP 16 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| Mr. TERRANCE WALKER, ex rel. United States,<br><br>Plaintiff - Appellant,<br><br>v.<br><br>INTELLI-HEART SERVICES, INC.; et al.,<br><br>Defendants - Appellees. | No. 26-2424<br><br>D.C. No.<br>3:18-cv-00132-MMD-CLB<br><br>District of Nevada,<br>Reno<br><br>MANDATE |

The judgment of this Court, entered August 25, 2026, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT